IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Shaw, Ella M | Case Number: 04 B 38900 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/13/07 | Filed: 10/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 5, 2007
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,775.77 | |
| Secured: | | 10,169.75 |
| Unsecured: | | 6,658.71 |
| Priority: | | 0.00 |
| Administrative: | | 2,294.00 |
| Trustee Fee: | | 1,043.31 |
| Other Funds: | | 610.00 |
| Totals: | 20,775.77 | 20,775.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,294.00 | 2,294.00 |
| 2. | Ernesto D Borges Jr Esq | Administrative | 2,294.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 501.12 | 501.12 |
| 5. | Wilshire Credit Corp | Secured | 9,668.63 | 9,668.63 |
| 6. | Resurgent Capital Services | Unsecured | 6,658.71 | 6,658.71 |
| 7. | Peoples Energy Corp | Unsecured | 5,789.80 | 0.00 |
| 8. | Foundation For Emergency Svc | Unsecured | | No Claim Filed |
| 9. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 10. | Action Card | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 27,206.26 | $ 19,122.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 197.33 |
| 4% | 73.19 |
| 3% | 37.08 |
| 5.5% | 301.96 |
| 5% | 91.49 |
| 4.8% | 175.68 |
| 5.4% | 166.58 |
| | _____ |
| | $ 1,043.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Shaw, Ella M

Printed: 11/13/07

Case Number: 04 B 38900
Judge: Goldgar, A. Benjamin
Filed: 10/19/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*